Jesse Graham

3680 Wilshire Blvd
 P-04 Ste 1092

Los Angeles, CA 90010

Telephone: 323-393-0548

*In Propria Persona*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GRAHAM,<br><br>                    Plaintiff,<br><br>vs.<br><br>TAYLOR SWIFT, AND DOES 1 THROUGH 10,<br><br>                    Defendants. | Case No.: LA CV20-07000-JFW-PJWX<br><br>**ADDITIONAL DISCOVERY IN OPPOSITION OF MOTION TO DISSMISS** |

**ADDITIONAL POINTS IN OPPOSITION TO DISMISS**

**PLAINTIFF NOW SUBMITS PROOF OF SERVICE EFFORTS.**

**PLAINTIFF AGAIN AFFIRMS THE DEFENDANT HAS BEEN THE**

**ARTFUL DODGER AND PLAINTIFF ENCLOSES PROCESS SERVERS RECIEPTS AND COORISPONDENCE AND LASTLY WORLDWIDE PRESS RELEASES AND PRINT OUT OF IMPRINTS ONLINE AND AROUND THE WORLD, YET DEFENDANT STAYED OBLIVIOUS TO FACT THAT PLAINTIFF WAS NOTIFYING PLAINTIFF OF CASE .**

Respectively submitted

Dated:  October 13, 2020

By:  ___JESSE GRAHAM_____
      JESSE GRAHAM
 IN PROPRIA PERSONA