

# Statement

| Date | 5/31/2019 |
|------|-----------|
| **Customer** | 0122476 |
| **Terms** | Daily |
| **Amount Due** | $230.00 |

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

**Billing Address**

Jesse Graham
1055 West 7Th Street
3365
los angeles CA 90650

| Date | Invoice # | Order # | Client Billing | Case # | Case Name | Amount | Remaining |
|------|-----------|---------|----------------|--------|-----------|--------|-----------|
| 5/1/2019 | Balance Forward | | | | | | $0.00 |
| 5/13/2019 | 11814366 | 13149579 | | 2:18-cv-09071-MWF-GJS | Jesse Graham v Taylor Swift, et al. | $230.00 | $230.00 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---------|-----------|------------|------------|--------------|------------|
| $0.00 | $230.00 | $0.00 | $0.00 | $0.00 | $230.00 |

Please note: Credit Card Sales do not display on Statement.



# Invoice

| Date | 5/13/2019 |
|---|---|
| **Customer** | 0122476 |
| **Invoice** | 11814366 |
| **Due Date** | 5/13/2019 |
| **Terms** | Daily |
| **Amount Due** | $230.00 |

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

**Bill To**

Jesse Graham
1055 West 7Th Street
3365
los angeles CA 90650

| | |
|---|---|
| Order Number | 13149579 |
| Billing Code | |
| Case Number | 2:18-cv-09071-MWF-GJS |
| Court Transaction Number | |
| Contact | Jesse Graham |
| Attorney | none |
| Case Title | Jesse Graham v Taylor Swift, et al. |
| Documents | Complaint, Summons |
| Court | United States District Court, Central District of California |
| Assignment Details | Non-Service - Taylor Swift |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Additional Service Attempts - One Day | $125.00 |
| Process Serving Area Surcharge | $105.00 |
| **SUBTOTAL** | **$230.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $230.00 |
| **TOTAL BILLED** | **$230.00** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).



# Statement

| | |
|---|---|
| **Date** | 5/28/2019 |
| **Customer** | 0122476 |
| **Terms** | Daily |
| **Amount Due** | $230.00 |

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

| **Billing Address** |
|---|
| Jesse Graham |
| 1055 West 7Th Street |
| 3365 |
| los angeles CA 90650 |

| Date | Invoice # | Order # | Client Billing | Case # | Case Name | Amount | Remaining |
|---|---|---|---|---|---|---|---|
| 5/13/2019 | 11814366 | 13149579 | | 2:18-cv-09071-MWF-GJS | Jesse Graham v Taylor Swift, et al. | $230.00 | $230.00 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|---|
| $0.00 | $230.00 | $0.00 | $0.00 | $0.00 | $230.00 |

Please note: Credit Card Sales do not display on Statement.

1 of 1

                                    **Kin Folk experimental <jessegrahamla@gmail.com>**

---

## 12574015 - Taylor Swift
3 messages

---

**Jovante Lewis** <jlewis@onelegal.com>                              Tue, Dec 18, 2018 at 2:46 PM
To: "jessegrahamla@gmail.com" <jessegrahamla@gmail.com>

The home is under construction and the security will not provide access or give any information. Please advise on service instructions. Do you want us to serve the security and if so on what attempt? Please advise and we will proceed accordingly.



### Jovante Lewis

Document Specialist II, One Legal

(800) 938-8815 | www.onelegal.com | Request a demo

Facebook | LinkedIn | Twitter | Blog | Support

-

***Choose the simplest way to file.*** *With* Email to File *it's as easy as sending us an email.*

*A specialist will assemble, review and submit your filing on your behalf.* Learn more.

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

**mr Graham** <jessegrahamla@gmail.com>                              Tue, Dec 18, 2018 at 2:48 PM
To: Jovante Lewis <jlewis@onelegal.com>

Yes serve his but thanks
[Quoted text hidden]



**image001.png**
5K

---

**mr Graham** <jessegrahamla@gmail.com>                    Tue, Dec 18, 2018 at 2:54 PM
To: Jovante Lewis <jlewis@onelegal.com>

That will be the third attempt serve his but or leave with him I also sent certified mail

On Tue, Dec 18, 2018, 2:46 PM Jovante Lewis <jlewis@onelegal.com wrote:
[Quoted text hidden]



**image001.png**
5K

 Gmail

**Kin Folk experimental <jessegrahamla@gmail.com>**

## 12574015 - Taylor Swift
2 messages

**Jovante Lewis** <jlewis@onelegal.com>                     Thu, Dec 13, 2018 at 10:59 AM
To: "jessegrahamla@gmail.com" <jessegrahamla@gmail.com>

Referenced above is the new order number for Taylor Swift



### Jovante Lewis

Document Specialist II, One Legal

(800) 938-8815 | www.onelegal.com | Request a demo

Facebook | LinkedIn | Twitter | Blog | Support

-

*Choose the simplest way to file.* With Email to File *it's as easy as sending us an email.*

*A specialist will assemble, review and submit your filing on your behalf.* Learn more.

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**mr Graham** <jessegrahamla@gmail.com>                     Thu, Dec 13, 2018 at 1:47 PM
To: Jovante Lewis <jlewis@onelegal.com>

You are the best thank you

[Quoted text hidden]



**image001.png**
5K

**CONFIRMATION For Process Serving**

## ONE LEGAL LLC



This is not an Invoice

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 12574015 | DATE: 12/27/2018 |
|---|---|---|

**Customer:** Jesse Graham

**Customer No.:** 0122476

**Address:** los angeles, CA 90650

**Attorney:** none

**Attorney e-mail:**

**Contact:** Jesse Graham

**Contact e-mail:** jessegrahamla@gmail.com

**Contact Phone:** (213)476-7712 Ext 21347

**Contact Fax:**

**Law Firm File No.:**

---

**CASE INFORMATION:**

**Case Number:** cv18-9071-SVW (AFMX)

**County:**

**Court:** United States District Court, Central District of California

**Case Short Title:** Jesse Graham vs. Taylor Swift and does1 through 10

---

| DOCUMENTS RECEIVED: | No. Docs: 1 | No. Pgs: 13 |
|---|---|---|

Summons, Civil Cover Sheet, Notice of Interested Parties, Complaint

Party to Serve: Taylor Swift

Service Address: 1200 Laurel LN
Beverly Hills, CA 90210

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Service Complete<br><br>Dispatched by:<br>Failed Non-Service Unable to gain access to location 11/28/2018 10:56 AM Property appears to be under construction. "John Doe" security @ gate of property is not allowed to give any information and will not confirm any info. No access to front door.<br>Received call from Mitzi, C/S: Customer Jesse Graham – wants to continue service attempts at the same address. NSR was rejected at court because the judge stated it needs more attempts. | Mailing Declaration<br>Process Serving - Three Day<br>Process Serving Copy Charge | 15.00<br>75.00<br>3.25 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total: 93.25** |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.
Customer Support I Ph: 1-800-938-8815

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| none , none<br>Jesse Graham<br>1055 West 7Th Street, 3365<br>los angeles, CA 90650<br>ATTORNEY FOR (Name): In Pro Per | | 213)476-7712 Ext 21347<br><br>Ref. No. or File No. | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
255 E. Temple St
Los Angeles, CA 90012

PLAINTIFF:

Jesse Graham

DEFENDANT:

Taylor Swift and does1 through 10

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>cv18-9071-SVW (AFMX) |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Civil Cover Sheet, Notice of Interested Parties, Complaint

2. Party  Served:          Taylor Swift

3. Person Served:          party in item 2

a. Left with:          John "Doe" H/M/30's/165/5'11 - Person In Charge Of Office

4. Date & Time of Delivery:          12/21/2018          5:01PM

5. Address, City and State:          1200 Laurel LN
Beverly Hills, CA 90210

6. Manner of Service:          By leaving the copies with or in the presence of John "Doe" H/M/30's/165/5'11 , a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 93.25

Registered California process server,
County: Los Angeles
Registration No.: 2971

John Jose Gonzalez

One Legal - 194-Marin

504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 12/27/2018 at Los Angeles, California.

Signature: _____

John Jose Gonzalez
OL# 12574015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| none , none<br>Jesse Graham<br>1055 West 7Th Street<br>los angeles, CA 90650<br>ATTORNEY FOR (Name): In Pro Per | | (213)476-7712 Ext 21347<br><br>Ref. No. or File No. | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California

255 E. Temple St

Los Angeles, CA 90012

PLAINTIFF:

Jesse Graham

DEFENDANT:

Taylor Swift and does1 through 10

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>cv18-9071-SVW (AFMX)<br>**BY FAX** |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 12/27/2018, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Civil Cover Sheet, Notice of Interested Parties, Complaint

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles , California, addressed as follows:

Taylor Swift

1200 Laurel LN

Beverly Hills, CA 90210

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 93.25

Jovante Lewis
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 12/27/2018 at Los Angeles, California.

Jovante Lewis

OL#:    12574015

 **Gmail**

**Kin Folk experimental <jessegrahamla@gmail.com>**

---

# Successful service of process Jesse Graham vs. Taylor Swift and does1 through 10
**2 messages**

---

**noreply@onelegal.com** <noreply@onelegal.com>
To: jessegrahamla@gmail.com

Thu, Dec 27, 2018 at 9:55 AM

Dear Jesse Graham  ,

We have successfully served your documents for Jesse Graham vs. Taylor Swift and does1 through 10  :

| Attempt Date | Attempt Time | Address | Status | Manner of Service | Desc |
|---|---|---|---|---|---|
| 12/21/2018 | 5:01 PM | 1200 Laurel LN | | Individual Substitute Service | |

**What happens next**
We are processing your proof of service. When it's available, you'll receive it by email. This typically takes 3-5 business days.

**Your feedback**
To ensure we provide you the best possible service, we would appreciate your feedback on how we did with your order. **Please take this brief, 2-minute survey.**

If you have questions, please check out our **FAQs** for answers, or email us at **support@onelegal.com**.

Thank you. We appreciate your business.

Sincerely,
One Legal

---

**mr Graham** <jessegrahamla@gmail.com>
To: noreply@onelegal.com

Thu, Dec 27, 2018 at 10:32 AM

yahoooooo
[Quoted text hidden]



1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046
**We've moved! Please update your records with our new mailing address.**

# Credit Card Sale

| Date | 12/27/2018 |
|---|---|
| **Customer** | 0122476 |
| **Credit Sale** | 01672593 |
| **Amount Due** | $0 |

| Bill To |
|---|
| Jesse Graham
1055 West 7Th Street
3365
los angeles CA 90650 |

| | |
|---|---|
| Order Number | 12574015 |
| Contact | Jesse Graham |
| Attorney | none |
| Billing Code | |
| Case Title | Jesse Graham v Taylor Swift and does1 through 10 |
| Court | United States District Court, Central District of California |
| Court Transaction Number | |
| Case Number | cv18-9071-SVW (AFMX) |
| Documents | Summons, Civil Cover Sheet, Notice of Interested Parties, Complaint |
| Assignment Details | Substitute Service-Individual - Taylor Swift |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Mailing Declaration | $15.00 |
| Process Serving - Three Day | $75.00 |
| Process Serving Copy Charge | $3.25 |
| **SUBTOTAL** | **$93.25** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $93.25 |
| **TOTAL CHARGED** | **$93.25** |



# Credit Card Sale

| Date | 12/7/2018 |
|---|---|
| **Customer** | 0122476 |
| **Credit Sale** | 01646695 |
| **Amount Due** | $0 |

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046
**We've moved! Please update your records with our new mailing address.**

| **Bill To** |
|---|
| Jesse Graham<br>1055 West 7Th Street<br>3365<br>los angeles CA 90650 |

| | |
|---|---|
| Order Number | 12511986 |
| Contact | Jesse Graham |
| Attorney | none |
| Billing Code | |
| Case Title | Jesse Graham v Taylor Swift and does1 through 10 |
| Court | United States District Court, Central District of California |
| Court Transaction Number | |
| Case Number | cv18-9071-SVW (AFMX) |
| Documents | Summons, Civil Cover Sheet, Notice of Interested Parties, Complaint |
| Assignment Details | Non-Service - Taylor Swift |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Additional Service Attempts - Three Day | $75.00 |
| **SUBTOTAL** | **$75.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $75.00 |
| **TOTAL CHARGED** | **$75.00** |



1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046
**We've moved! Please update your records with our new mailing address.**

# Credit Card Sale

| Date | 12/27/2018 |
|---|---|
| **Customer** | 0122476 |
| **Credit Sale** | 01672593 |
| **Amount Due** | $0 |

| Bill To |
|---|
| Jesse Graham
1055 West 7Th Street
3365
los angeles CA 90650 |

| Order Number | 12574015 |
|---|---|
| Contact | Jesse Graham |
| Attorney | none |
| Billing Code | |
| Case Title | Jesse Graham v Taylor Swift and does1 through 10 |
| Court | United States District Court, Central District of California |
| Court Transaction Number | |
| Case Number | cv18-9071-SVW (AFMX) |
| Documents | Summons, Civil Cover Sheet, Notice of Interested Parties, Complaint |
| Assignment Details | Substitute Service-Individual - Taylor Swift |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Mailing Declaration | $15.00 |
| Process Serving - Three Day | $75.00 |
| Process Serving Copy Charge | $3.25 |
| **SUBTOTAL** | **$93.25** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $93.25 |
| **TOTAL CHARGED** | **$93.25** |

 Gmail

**Kin Folk experimental <jessegrahamla@gmail.com>**

---

## Service of process order placed Jesse Graham vs. Taylor Swift
1 message

---

**noreply@onelegal.com** <noreply@onelegal.com>
To: jessegrahamla@gmail.com

Fri, Apr 26, 2019 at 2:28 PM

Dear Jesse Graham,

You've placed service of process order # 13149579. If you'd like to view the status of your order, please **visit Order Status** in your One Legal account.

**What happens next**

- We'll review your order to ensure we have all the informa on we need to complete your service of process request.
- You'll receive an email update when our review is complete. We'll either request more informa on or confirm with you that your order is in progress.

If you have ques ons, please check our **FAQs** for answers, or email us at **support@onelegal.com**.

Thank you. We appreciate your business.

Sincerely,
One Legal

***Subscribe to our blog*** *for the latest news and best prac ces on legal support.*

 Gmail

**Kin Folk experimental <jessegrahamla@gmail.com>**

---

## Service of process order placed Jesse Graham vs. Taylor Swift
1 message

---

**noreply@onelegal.com** <noreply@onelegal.com>                         Fri, Apr 26, 2019 at 2:28 PM
To: jessegrahamla@gmail.com

Dear Jesse Graham,

You've placed service of process order # 13149579. If you'd like to view the status of your order, please **visit Order Status** in your One Legal account.

**What happens next**

- We'll review your order to ensure we have all the informa on we need to complete your service of process request.
- You'll receive an email update when our review is complete. We'll either request more informa on or confirm with you that your order is in progress.

If you have ques ons, please check our **FAQs** for answers, or email us at **support@onelegal.com**.

Thank you. We appreciate your business.

Sincerely,
One Legal

**Subscribe to our blog** *for the latest news and best prac ces on legal support.*

---

 **Gmail**

**Kin Folk experimental <jessegrahamla@gmail.com>**

## Service of process attempt Jesse Graham vs. Taylor Swift, et al.

1 message

**noreply@onelegal.com** <noreply@onelegal.com>
To: jessegrahamla@gmail.com

Wed, May 1, 2019 at 10:34 AM

Dear Jesse Graham　,

We have made the following service of process attempts for Jesse Graham vs. Taylor Swift, et al.　:

| Attempt Date | Attempt Time | Address | Status | Manner of Service | Desc |
|---|---|---|---|---|---|
| 4/29/2019 | 1:00 PM | 4235 Hillsboro Pike | Not In | Attempt | Agent not in. No one else authorized to accept. |
| 4/30/2019 | 9:00 AM | 4235 Hillsboro Pike | No Answer | Attempt | Server called and left a message. |

### What happens next

As a reminder, timing for up to seven service of process attempts will depend on the level of service you chose for the order:

- Three Day - a minimum of one attempt every three days
- Two Day - a minimum of one attempt every two days
- One Day - a minimum of one attempt every day

### Keeping you informed

We will notify you of attempts by email. If your service is successful, we will update you promptly, or let you know if all seven attempts have failed.

### Improving your chances of a successful serve

If Service for Order #: 13149579 is difficult, please call us at (800) 938-8815 to learn about related services that can significantly improve your chances of a successful serve. These include:

- Skip trace
- Field locate
- Stakeout

If you have questions, please check out our **FAQs** for answers, or email us at **support@onelegal.com**.

Thank you. We appreciate your business.

Sincerely,
One Legal

 **Gmail**

**Kin Folk experimental <jessegrahamla@gmail.com>**

## Service of process attempt Jesse Graham vs. Taylor Swift, et al.
1 message

**noreply@onelegal.com** <noreply@onelegal.com>
To: jessegrahamla@gmail.com

Thu, May 2, 2019 at 4:50 PM

Dear Jesse Graham ,

We have made the following service of process attempts for Jesse Graham vs. Taylor Swift, et al.  :

| Attempt Date | Attempt Time | Address | Status | Manner of Service | Desc |
|---|---|---|---|---|---|
| 4/29/2019 | 1:00 PM | 4235 Hillsboro Pike | Not In Attempt | | Agent not in. No one else authorized to accept. |
| 4/30/2019 | 9:00 AM | 4235 Hillsboro Pike | No Answer | Attempt | Server called and left a message. |
| 5/1/2019 | 3:12 PM | 4235 Hillsboro Pike | Not In Attempt | | Agent not in. No one authorized to accept. Server called and left another message. |

### What happens next
As a reminder, timing for up to seven service of process attempts will depend on the level of service you chose for the order:

- Three Day - a minimum of one attempt every three days
- Two Day - a minimum of one attempt every two days
- One Day - a minimum of one attempt every day

### Keeping you informed
We will notify you of attempts by email. If your service is successful, we will update you promptly, or let you know if all seven attempts have failed.

### Improving your chances of a successful serve

If Service for Order #: 13149579 is difficult, please call us at (800) 938-8815 to learn about related services that can significantly improve your chances of a successful serve. These include:

- Skip trace
- Field locate
- Stakeout

If you have questions, please check out our **FAQs** for answers, or email us at **support@onelegal.com**.

Thank you. We appreciate your business.

Sincerely,
One Legal

# CONFIRMATION For Process Serving

## ONE LEGAL LLC



### This is not an Invoice

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 13149579 | DATE: 05/13/2019 |
|---|---|---|

**Customer:** Jesse Graham
**Customer No.:** 0122476
**Address:** los angeles, CA 90650

**Attorney:** none
**Attorney e-mail:**
**Contact:** Jesse Graham
**Contact e-mail:** jessegrahamla@gmail.com
**Contact Phone:** (213) 476-7712
**Contact Fax:**
**Law Firm File No.:**

---

**CASE INFORMATION:**

**Case Number:** 2:18-cv-09071-MWF-GJS
**County:** Los Angeles
**Court:** United States District Court, Central District of California
**Case Short Title:** Jesse Graham vs. Taylor Swift, et al.

---

| DOCUMENTS RECEIVED: | No. Docs: | 2 | No. Pgs: | 8 |
|---|---|---|---|---|

Complaint, Summons

Party to Serve: Taylor Swift

Service Address: 4235 Hillsboro Pike, Ste. 300
Nashville, TN 37215

### Confirmation Report. DO NOT PAY. An Invoice will be sent later.

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Service Complete<br><br>Customer has until close of business May 8 to respond.<br>Order failed for the following reason: Server called attorney and did not get an answer. No one else authorized to accept.<br>Emailed Non Service Report to server, ETA 4 days<br>No response from client after 72 hours. Order closed. | Additional Service Attempts - One Day<br>Process Serving Area Surcharge | 125.00<br>105.00 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 230.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.
Customer Support I Ph: 1-800-938-8815

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| none , none<br>Jesse Graham<br>1055 West 7Th Street, 3365<br>los angeles, CA 90650 | (213) 476-7712 | |
| ATTORNEY FOR (Name): In Pro Per | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
312 N. Spring St. #G-8
Los Angeles, CA 90012

PLAINTIFF:

Jesse Graham

DEFENDANT

Taylor Swift, et al.

| **NON SERVICE REPORT** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>2:18-cv-09071-MWF-GJS |
|---|---|---|---|---|

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:

Complaint, Summons

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
Taylor Swift

(1)Business: Rose IP Law PLLC  4235 Hillsboro Pike, Ste. 300, Nashville, TN 37215

Process is being returned without service for the following reason(s):

On 4/29/2019 1:00:00 PM at address (1) above. Not In Agent not in.  No one else authorized to accept.
On 4/30/2019 9:00:00 AM at address (1) above. No Answer Server called and left a message.
On 5/1/2019 3:12:00 PM at address (1) above. Not In Agent not in.  No one authorized to accept.  Server called and left another message.
On 5/3/2019 1:08:00 PM at address (1) above.  Server called attorney and did not get an answer.  No one else authorized to accept.

Fee for Service: $ 230.00

**Not a registered California process server.**

David Miller
One Legal - 194-Marin
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature:

David Miller

OL# 13149579

 **Gmail**

**Kin Folk experimental <jessegrahamla@gmail.com>**

# Unsuccessful service of process Jesse Graham vs. Taylor Swift, et al.
1 message

**noreply@onelegal.com** <noreply@onelegal.com>                                                             Mon, May 6, 2019 at 2:36 PM
To: jessegrahamla@gmail.com

Dear Jesse Graham  ,

We could not successfully serve your documents for Jesse Graham vs. Taylor Swift, et al. :

| Attempt Date | Attempt Time | Address | Status | Manner of Service | Desc |
|---|---|---|---|---|---|
| 4/29/2019 | 1:00 PM | 4235 Hillsboro Pike | Not In | Attempt | Agent not in. No one else authorized to accept. |
| 4/30/2019 | 9:00 AM | 4235 Hillsboro Pike | No Answer | Attempt | Server called and left a message. |
| 5/1/2019 | 3:12 PM | 4235 Hillsboro Pike | Not In | Attempt | Agent not in. No one authorized to accept. Server called and left another message. |
| 5/3/2019 | 1:08 PM | 4235 Hillsboro Pike | | Non-Service | Server called attorney and did not get an answer. No one else authorized to accept. |

**What happens next**

•  If you haven't already received a call from us, please contact us at (800) 938-8815, and refer to this email and order #                          13149579 to discuss what you would like to do next.

•  Additional options, including skip trace, field locate, and stakeout, are available through One Legal, and can significantly increase the chance of a successful serve.

•  If we do not receive additional instructions in 72 hours, the order will be closed, and you will receive a non-service report by email.

Thank you.

Sincerely,
One Legal



---

# PRESS RELEASE
# DISTRIBUTION REPORT

**December 03, 2018**

---

Company : **NEW DAY WORLDWIDE**

Email : **eyeboxgroup@gmail.com**

Website : **http://yolasite.com/newdayworldwide**

Address :



www.issuewire.com

## Distribution Report

Taylor Swift Haters Gone Hate Case Resurfaces

Date Submitted: Dec 2, 2018

**Your News PlacementURL**



See YourRelease

**Google Pickup**



See YourRelease

*Your content has been distributed to these endpoints:*














Issuewire
www.issuewire.com

# Taylor Swift Haters Gone Hate Case Resurfaces

**Smiggereen Music and Singer Jesse Graham say video proves Swift lifted lyrics Judge says lets see it**



**Los Angeles, Dec 2, 2018 (Issuewire.com)** - Taylor Swift vs Jesse Graham

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JESSE GRAHAM,
Plaintiff,

vs.

TAYLOR SWIFT, AND DOES 1 THROUGH 10,

Defendants.

Case No.: CV18-9071 SVW (AFMX)

**COMPLAINT**

**[DEMAND FOR TRIAL BY JURY]**

LOS ANGELES - 12/03/2018 —

Hater gone hate Playas gone play Watch out for them Fakers they'll fake you everyday.-Jesse

Issuewire
www.issuewire.com

Graham writer.

filed Oct 22, 2018, Los Angeles Courthouse - A video has surfaced of the famed singer borrowing the song from Youtube

Graham has been asking that he be added as a songwriter on the gem and asking for Settlement of 47 million dollars half of the reported revenue generated from the song Shake it off! -

Graham added that many writers have been compensated for much less of a contribution to a work and ask MS Swift to bless the right one as she gives - and end the stone walling and obliviousness - "come to the table with that band aid Tay Tay"!! -

Jesse Graham Quote

jessegrahamla@gmail.com

**Media Contact**

Company Name: NEW DAY WORLDWIDE
Full Name: Junior Graham
Phone: 3233930548
Email Address: eyeboxgroup@gmail.com
Website: https://www.youtube.com/watch?v=808MLaHcBs4



**Media Contact**

NEW DAY WORLDWIDE

eyeboxgroup@gmail.com

323 393 0548

1055 WEST 7Th Street, 3365

http://yolasite.com/newdayworldwide

**Source** : NEW DAY WORLDWIDE

See on **IssueWire** :
https://www.issuewire.com/taylor-swift-haters-gone-hate-case-resurfaces-1618801964467708

Issue Wire
www.issuewire.com

 www.Issuewire.com

# GOOGLE NEWS WEBSITE



**PRONEWS REPORT**

☰ **MARKET MOVERS** **BUSINESS AND SERVICES** **TECHNOLOGY** **HEALTHCARE AND BIOTECH**     Q ✕

Entertainment | Legal | Media | Music | Television

## Taylor Swift Haters Gone Hate Case Resurfaces

📅 December 3, 2018    👤 IssueWire



(ProNewsReport Editorial):- Los Angeles, Dec 2, 2018 (Issuewire.com) – Taylor Swift vs Jesse Graham

UNITED STATES DISTRICT COURT

#### More on Pronewsreport:

- Yerba Mate Market Is Supposed To Grow At a CAGR of 3.04% Between Forecast Period, 2017 and 2024
- Traders Focused Stock: Bovie Medical Corporation (NYSE: BVX)
- Stock within Traders Radar: Visa Inc. (V)
- Most Recent Stock Report: Merck & Co., Inc. (MRK)
- Enspired+ Team Takes Home Virgin Velocity's Top Prize for Creative Video

CENTRAL DISTRICT OF CALIFORNIA

JESSE GRAHAM,
Plaintiff,

VS.

TAYLOR SWIFT, AND DOES 1 THROUGH 10,

#### More on Pronewsreport:

- Crowne Plaza® West Hanoi Won the 2018 World Luxury Hotel Awards
- Stock within Traders Screening: Oracle Corporation (ORCL)
- Precision OS Secures $2.3 Million in Series A Funding
- Investors Attention Alert: Atara Biotherapeutics, Inc. (NASDAQ: ATRA)
- Healthcare Stock within Traders Concentration: Blueprint Medicines Corporation (NASDAQ: BPMC)

Defendants.

Case No.: CV18-9071 SVW (AFMX)

COMPLAINT

**NEWS**



Entertainment | Legal | Media | Music
Television

### Taylor Swift Haters Gone Hate Case Resurfaces

📅 December 3, 2018    👤 IssueWire  💬
Comments Off

(ProNewsReport Editorial):- Los Angeles, Dec 2, 2018 (Issuewire.com) – Taylor Swift vs Jesse Graham UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

 Enspired+ Team Takes Home Virgin Velocity's Top Prize for Creative Video
📅 November 30, 2018  💬

Comments Off



IssueWire
www.Issuewire.com

# YOUR PRESS RELEASE IN GOOGLE NEWS



About 4,780 results (0.31 seconds)

Did you mean: Taylor Swift Haters **Gonna** Hate Case Resurfaces



**Taylor Swift Haters Gone Hate Case Resurfaces**
Pro News Report (press release) - 2 hours ago
**Taylor Swift Haters Gone Hate Case Resurfaces** ... Editorial):- Los Angeles, Dec 2,
2018 (Issuewire.com) – Taylor Swift vs Jesse Graham.



Amber Rose **Resurfaces** on Instagram After Deleting All of Her Photos
E! Online - Apr 2, 2018
Amber Rose is back on Instagram. After deleting all of her photos, the 34-year-old
model posted a few new pics of her enjoying a getaway to ...



Taylor **Swift** Copyright Lawsuit Tossed by Judge Quoting 'Shake It Off ...
TheWrap - Nov 12, 2015
"Haters gone hate/playas gone play/watch out for them fakers/they'll take you
everyday," Braham sings in his slow jam, "Haters Gone Hate.".



Senator Cory Booker's column titled 'stealing second' that he wrote in ...
Daily Mail - Sep 23, 2018
Senator Cory Booker's column he wrote for the Stanford University newspaper in
1992 has **resurfaced** this week; He wrote about groping a ...



Racist, homophobic tweets made by Brewers reliever Josh Hader as a ...
Daily Mail - Jul 18, 2018
... homophobic, and sexist tweets tweets that **resurfaced** while he was pitching in ...
to 'white power,' and one tweet in which he wrote 'I **hate** gay people.' ... including
'Hoes **gone** be hoes' and 'You know these hoes came to see me ball.' ..... **Taylor**
**swift** breaks US record for highest-grossing U.S. tour... taking ...



Is Rowan Atkinson dead? Death hoax about Mr Bean actor **resurfaces**
Daily Mail - Jul 19, 2018
Comedy legend and actor Rowan Atkinson has once again been subject to a death
hoax, with several fake news posts about the Mr Bean ...



Facebook Removes Louis Farrakhan Video Comparing Jews to ...
TheWrap - Oct 18, 2018
So when they talk about Farrakhan, call me a **hater**, call me anti-Semite. Stop it. I'm
anti-Termite. I don't know nothing about **hating** somebody ...



YouTube makeup guru apologizes in emotional video as she is ...
Daily Mail - Aug 24, 2018
She called filming the apology video 'one of the hardest things she's ever done..' and

IssueWire
www.Issuewire.com

# YOUR PRESS RELEASE IN GOOGLE SEARCH



Google

Taylor Swift Haters Gone Hate Case Resurfaces

| All | News | Images | Videos | Shopping | More | | Settings | Tools |

About 139,000 results (0.50 seconds)

## Top stories

Taylor Swift Haters Gone Hate Case Resurfaces
Pro News Report · 2 hours ago

→ More for Taylor Swift Haters Gone Hate Case Resurfaces

### Taylor Swift Haters Gone Hate Case Resurfaces - IssueWire
https://www.issuewire.com/taylor-swift-haters-gone-hate-case-resurfaces-1618801964... ▾
2 hours ago - Smiggereen Music and Singer Jesse Graham say video proves Swift lifted lyrics. Judge says lets see it.

### Haters Gonna Hate: Taylor Swift Wins Copyright Lawsuit | Harvard ...
harvardjsel.com/2018/03/haters-gonna-hate-taylor-swift-wins-copyright-lawsuit/ ▾
Mar 5, 2018 - The core issue of the case is to what extent can the lyrics of a song be ... players gonna play, play, play, play, play and the haters gonna hate, ...
Missing: resurfaces | Must include: resurfaces

### Taylor Swift Copyright Lawsuit Tossed by Judge Quoting 'Shake It Off ...
https://www.thewrap.com/taylor-swift-copyright-lawsuit-tossed-by-judge-quoting-sha... ▾
Nov 12, 2015 - Also Read: Taylor Swift Sued for $42 Million After Allegedly Lifting ... "Haters gone hate/playas gone play/watch out for them fakers/they'll fake ... Braham may discover that mere pleading BandAids will not fix the bullet holes in his case. ... Bertolucci's remarks about the scene in a 2013 interview resurfaced.

### Taylor Swift Responds to 3LW's Haters Lawsuit - Vulture
https://www.vulture.com/2018/01/taylor-swift-responds-to-3lws-haters-lawsuit.html ▾
Jan 4, 2018 - Taylor Swift has responded to 3LW writers' lawsuit over "Shake It Off," ... 3LW's ""The playas gon' play / Them haters gonna hate" to Taylor's ... So don't hate the player (in this case, Swift), hate the game (in this case, all of ...
Missing: resurfaces | Must include: resurfaces

### US Judge dismisses Taylor Swift 'haters' case as too 'banal' - BBC News
https://www.bbc.com/news/entertainment-arts-43056814 ▾
Feb 14, 2018 - The phrase 'haters gonna hate' cannot be copyrighted, rules the judge in a case against Taylor Swift.
Missing: resurfaces | Must include: resurfaces

### Images for Taylor Swift Haters Gone Hate Case ...



→ More images for Taylor Swift Haters Gone Hate Case Resurfaces          Report images



IssueWire
www.Issuewire.com

# Full-Text Distribution Report

| OIL&GAS JOURNAL | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
|---|---|---|
| THE DAILY COURIER | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Deer Park Tribune | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| SILICON INVESTOR | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Window Team & Camden, Inc. | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| THE BUFFALO NEWS | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |

Issue Wire
www.Issuewire.com

| NewsOK | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
|---|---|---|
| GURU/OBSERVER | View Release | |
| MARKETPLACE | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| WND | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Deming Headlight | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Ask | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| FAT PITCH FINANCIALS | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| WALL STREET SELECT | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| DAILY MUSICROLL | View Release | |

Issue wire
www.Issuewire.com

| journal sentinel | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| --- | --- | --- |
| JUNEAU NEWS-HERALD | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| Inews | [View Release](#) | [Entertainment](#) [Latest News](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| The Chronicle Journal | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| MINYANVILLE | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| Pittsburgh Post-Gazette | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| Daily Herald | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| Minutesissue | [View Release](#) | [Entertainment](#) [Latest News](#) |

| | | |
|---|---|---|
| | | Legal<br>Media<br>Music<br>Television |
| | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |

Issue Wire
www.Issuewire.com

| | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
|---|---|---|
| | [View Release](#) | [Entertainment](#) [Latest News](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| | [View Release](#) | [Entertainment](#) [Latest News](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| | [View Release](#) | [Entertainment](#) |

IssueWire
www.Issuewire.com

| | | Latest News
Legal
Media
Music
Television |
| --- | --- | --- |
| | View Release | Entertainment
Legal
Media
Music
Television |
| Daily Times Leader | View Release | Entertainment
Legal
Media
Music
Television |
| GlobalVOXPOP | View Release | Entertainment
Latest News
Legal
Media
Music
Television |
| STARKVILLE DAILY NEWS | View Release | Entertainment
Legal
Media
Music
Television |
| Post Mail | View Release | Entertainment
Legal
Media
Music
Television |
| LIVE NEWS VIEWS | View Release | Entertainment
Latest News
Legal
Media
Music
Television |
| DECATUR DAILY | View Release | Entertainment
Legal |

IssueWire
www.Issuewire.com

| | | |
|---|---|---|
| | | Media<br>Music<br>Television |
| **MorningNews** | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| NewsInterestCorp | View Release | Entertainment<br>Latest News<br>Legal<br>Media<br>Music<br>Television |
| thepilotnews.com | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Mammoth Times | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| NEWS ONE NETWORK | View Release | Entertainment<br>Latest News<br>Legal<br>Media<br>Music<br>Television |
| MALVERN DAILY RECORD | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| The Inyo Register | View Release | Entertainment<br>Legal<br>Media<br>Music |

IssueWire
www.Issuewire.com

| | | Television |
|---|---|---|
| THE SALINE COURIER | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| THE PRESS-ENTERPRISE | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Newspulsebyte | [View Release](#) | Entertainment<br>Latest News<br>Legal<br>Media<br>Music<br>Television |
| RENEWABLE ENERGY WORLD | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Restaurant News | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| OURNEWSNATION | [View Release](#) | Latest News |
| dmw media | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| THE CALL | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music |

| | | Television |
|---|---|---|
| **WEDBUSH** | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| BUSINESS PRESS | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| WORLDNEWSQUEST | View Release | Entertainment<br>Latest News<br>Legal<br>Media<br>Music<br>Television |
| DANVILLE | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| The Newport Daily Express | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| 360 MEDIAHUB | View Release | Entertainment<br>Latest News<br>Legal<br>Media<br>Music<br>Television |
| THE TIMES | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |

www.Issuewire.com

| | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| --- | --- | --- |
| SANRAMON | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| Salesman | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| PLEASANTON | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| MENLOPARK.COM | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| MillValley.com | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| CorteMadera | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#) |

| | | |
|---|---|---|
| | | Music<br>Television |
| SANRAFAEL.COM | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| SanAnselmo.com | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| IndustryWeek | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| REALCOMMUNIQUE | View Release | Entertainment<br>Latest News<br>Legal<br>Media<br>Music<br>Television |
| DALYCITY | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Sausalito.com | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| NEWS/WAY CAFE | View Release | Entertainment<br>Latest News<br>Legal<br>Media<br>Music<br>Television |

| | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
|---|---|---|
| BioSpace | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Burlingame.com | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| homepage.com | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Kern Golden Empire.com | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| FOX16.com | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| 16 KMTR | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| fourstates homepage.com | View Release | Entertainment<br>Legal<br>Media |

IssueWire
www.Issuewire.com

| | | Music<br>Television |
|---|---|---|
| | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| The Telegraph | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| RCRWireless News | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| WALLSTREET.net | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |

IssueWire
www.Issuewire.com

| | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
|---|---|---|
| | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Value Investing News | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |

| | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
|---|---|---|
| CISION<br>PR Newswire | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| TAMAR SECURITIES | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| 102.9 FM<br>KARN<br>newsRADIO | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| InvestorPlace | View Release | Entertainment<br>Legal |

| | | |
|---|---|---|
| | | [Media](#)<br>[Music](#)<br>[Television](#) |
| Value Investing News | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| rrstar.com | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| The San Diego Union-Tribune | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| PRESS-TELEGRAM | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| StreetInsider.com<br>if you're not inside...you're outside | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |

IssueWire
www.IssueWire.com

| WRAL.com | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| --- | --- | --- |
| **StarTribune** | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| International Business Times | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| Daily Penny Alerts | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| BPAS | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| Boston Herald | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| ascensus | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| FRANKLINCredit | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) |

IssueWire www.Issuewire.com

| | | Music<br>Television |
|---|---|---|
| **Townhall** FINANCE | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| **spoke** | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| IDB Asset Management | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| PENTICTON HERALD | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| KVOR Depend On It | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| LaserFocusWorld | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| GREATAMERICAN. ADVISORS, INC | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |

| FRANKLIN CREDIT | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
|---|---|---|
| Searchbug | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| OIL&GAS JOURNAL | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| MARKET | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| KGO·810 | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| HYDROWORLD.com. | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| DE DENTAL ECONOMICS | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| CONCORD ☰ MONITOR | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) |

IssueWire
www.Issuewire.com

|  |  | Music<br>Television |
|---|---|---|
| BUSINESS INSURANCE | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| BioOptics | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| SJR | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Carlsbad Current Argus. | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| HeraldNet | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Idaho Statesman | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| EAST BAY TIMES | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |

| inside metals.com | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| 2 KUTV.com | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| Las Cruces Sun News. | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| Ledger-Enquirer | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| HERALD ✦ LEADER | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| MPRNEWS | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| Naples Daily News | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| OIL&GAS FINANCIAL JOURNAL. | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) |

Issuewire
www.Issuewire.com

| | | Music<br>Television |
|---|---|---|
| PennEnergy | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Santa Cruz Sentinel | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| SYNACOR | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| ANCHORAGE DAILY NEWS | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Arkansas matters | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Times-Gazette | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| BELLEVILLE NEWS-DEMOCRAT | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |

Issuewire
www.Issuewire.com

| BRADENTON HERALD | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
|---|---|---|
| CENTRE DAILY TIMES | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| The Crescent-News | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| DAILY BULLETIN | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Farmington Daily Times | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| fo Observer The Fayetteville | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Newsday | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Pasadena Star-News | View Release | Entertainment<br>Legal<br>Media |

| | | |
|---|---|---|
| | | [Music](#)<br>[Television](#) |
| POWER Engineering | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| Redlands Daily Facts | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| Ruidoso News | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| SAN GABRIEL VALLEY TRIBUNE | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| The Mercury News | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| SiliconValley.com | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| THE TRIBUNE | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |

Issue Wire www.issuewire.com

| Santa Cruz Sentinel | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| --- | --- | --- |
| Solid State TECHNOLOGY | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| Star-Telegram | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| The State Journal | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| The Charlotte Observer | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| DAILY BREEZE | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| The Daily Jeff | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#)<br>[Music](#)<br>[Television](#) |
| Los Angeles Daily News | [View Release](#) | [Entertainment](#)<br>[Legal](#)<br>[Media](#) |

IssueWire
www.Issuewire.com

| | | Music<br>Television |
|---|---|---|
| **Daily Record** | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| **Deming Headlight** | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| **El Paso Times** | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| THE ISLAND PACKET | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| THE KANSAS CITY STAR. | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| **Miami Herald** | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| **SunHerald** | [View Release](#) | Entertainment<br>Legal<br>Media<br>Music<br>Television |

Issuewire
www.Issuewire.com

| The Modesto Bee | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
|---|---|---|
| The News Observer | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| THE NEWS TRIBUNE | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| The Olympian | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Record-Courier | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Alliance Review | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| THE SACRAMENTO BEE | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| The State | View Release | Entertainment<br>Legal<br>Media |

Issue Wire
www.Issuewire.com

| | View Release | Music<br>Television |
|---|---|---|
| MyrtleBeachonline | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| The Wichita Eagle | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| timesunion | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Worth | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Alamogordo Daily News | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Pettinga | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| TRAVELGOWEEKLY | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |

IssueWire
www.Issuewire.com

| | | |
|---|---|---|
| RCL ADVISORS, LLC _Our Clients' Interests Are Our Only Interests_ | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| **.dash** | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| ECONOMY WATCH | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| SANTACLARA .com | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| Smart Stocks | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| Sunnyvale .com | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| **VIRTUAL STRATEGY MAGAZINE** virtual-strategy.com | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) [Music](#) [Television](#) |
| WALLSTREET.com | [View Release](#) | [Entertainment](#) [Legal](#) [Media](#) |

IssueWire
www.Issuewire.com

| | | Music<br>Television |
|---|---|---|
| MY TWIN TIERS.COM | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| CBS•47 FOX30 ACTION NEWS JAX | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| BINGHAMTON homepage | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| YourErie | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| 1200 News Radio WOAI | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| LOCAL | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |
| Tristate homepage.com | View Release | Entertainment<br>Legal<br>Media<br>Music<br>Television |



Issuewire
www.Issuewire.com

| | View Release | Entertainment |
|---|---|---|
| | | Legal |
| | | Media |
| | | Music |
| | | Television |

| | Ad | Status ↓ | Impr. | Clicks |
|---|---|---|---|---|
| ● |  NEW DAY WORLDWIDE<br>Taylor Swift Haters Gone…<br>Taylor Swift Haters Gone…<br>Issuewire.com | Campaign paused | 37,847 | 92 |



# Statement

| Date | 5/31/2019 |
|---|---|
| **Customer** | 0122476 |
| **Terms** | Daily |
| **Amount Due** | $230.00 |

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

| **Billing Address** |
|---|
| Jesse Graham |
| 1055 West 7Th Street |
| 3365 |
| los angeles CA 90650 |

| Date | Invoice # | Order # | Client Billing | Case # | Case Name | Amount | Remaining |
|---|---|---|---|---|---|---|---|
| 5/1/2019 | B a l a n c e Forward | | | | | | $0.00 |
| 5/13/2019 | 11814366 | 13149579 | | 2:18-cv-09071-MWF-GJS | Jesse Graham v Taylor Swift, et al. | $230.00 | $230.00 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|---|
| $0.00 | $230.00 | $0.00 | $0.00 | $0.00 | $230.00 |

Please note: Credit Card Sales do not display on Statement.



# Invoice

| | |
|---|---|
| **Date** | 5/13/2019 |
| **Customer** | 0122476 |
| **Invoice** | 11814366 |
| **Due Date** | 5/13/2019 |
| **Terms** | Daily |
| **Amount Due** | $230.00 |

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

**Bill To**

Jesse Graham
1055 West 7Th Street
3365
los angeles CA 90650

| | |
|---|---|
| Order Number | 13149579 |
| Billing Code | |
| Case Number | 2:18-cv-09071-MWF-GJS |
| Court Transaction Number | |
| Contact | Jesse Graham |
| Attorney | none |
| Case Title | Jesse Graham v Taylor Swift, et al. |
| Documents | Complaint, Summons |
| Court | United States District Court, Central District of California |
| Assignment Details | Non-Service - Taylor Swift |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Additional Service Attempts - One Day | $125.00 |
| Process Serving Area Surcharge | $105.00 |
| **SUBTOTAL** | **$230.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $230.00 |
| **TOTAL BILLED** | **$230.00** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).