Name: Jesse Graham
Address: 3680 Wilshire Blvd Ste 1092 p-02
City, State, Zip: Los Angeles CA 90010
Phone: (323) 393-0548
Fax:
E-Mail: jessegrahamla@gmail.com

☐ FPD ☐ Appointed ☐ CJA ☒ Pro Per ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jesse Graham | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S), | 2:2020 CV 07000 |
| v. | |
| Taylor Swift<br>Universal Music<br>Kobalt and Big Machine music<br>DEFENDANT(S). | **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____Jesse Graham_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):

☒ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___2/11/2021___. Entered on the docket in this action on ___2/11/2021___.

A copy of said judgment or order is attached hereto.

2/11/2021 _____ JESSE GRAHAM _____
Date                                    Signature
                                        ☒ Appellant/ProSe  ☐ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).