Name: JESSE GRAHAM

Address: 3680 WILSHIRE BLVD STE 1092- P04

LOS ANGELES CA 90010

Phone: 323 393 0548

Fax:

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JESSE GRAHAM

Plaintiff

v.

TAYLOR SWIFT ETAL

Defendant(s).

CASE NUMBER:

2:2020CV07000  Michael W Fitzgerald judge

To be supplied by the Clerk of
The United States District Court

**ANSWER TO ORDER**

Now comes Jessie Braham and known professionally as Jesse Graham

in response to Judge ordering me answer why he should not fine the plaintiff for pursing this

matter, after he ruled that plaintiff is not a vexes filer. to which i answer with all due respect.

 It is my right to seek due process i feel i have never had a trier of facts.

and in this matter not only is it not resolved you blame me - im sorry you find this case miniscual

but i attest words matter - There are two major facts being overlooked, i have the copyright and

the defendant had access to the work. Thats Copyright Law of the United States (Title 17)

lastly i have been denied a jury trial wich i requested.

Respectfully submitted

Jesse Graham

CV-126 (09/09)   **PLEADING PAGE FOR A COMPLAINT**